UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Anh "Joseph" Cao                                                    CIVIL ACTION
Republican National Committee, and
Republican Party of Lousiana

VERSUS                                                              NO. 08-4887

Federal Election Commission                                         SECTION: "C" (2)

## ORDER

IT IS ORDERED that the above captioned case is administratively closed pending the resolution of the related matters currently before the Fifth Circuit Court of Appeals. The claims of the Republican Party of Louisiana are STAYED.

New Orleans, Louisiana, this 2nd day of March, 2010.

                                        HELEN G. BERRIGAN
                                      UNITED STATES DISTRICT JUDGE