UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANH CAO, also known as JOSEPH CAO, REPUBLICAN NATIONAL COMMITTEE AND REPUBLICAN PARTY OF LOUISIANA | CIVIL ACTION |
| VERSUS | NUMBER: 08-4887 |
| FEDERAL ELECTION COMMISSION | SECTION: "C" 5 |

**J U D G M E N T**

In accordance with the judgment from the United States Court of Appeals for the Fifth Circuit, issued as mandate on November 2, 2010,

**IT IS ORDERED, ADJUDGED AND DECREED** that §441a(a)(2)(A)'s $5,000 contribution limit is constitutional even though it imposes the same limits on parties as on PACs and is not adjusted for inflation.  Further, §§ 441a(a)(2)-(3), 441a(a)(2)(A), and 441a(a)(7)(B)(i) are not unconstitutional as applied to the plaintiffs.  Accordingly, summary judgment is granted in favor of the defendant on those claims.

Considering the Court having previously granted the defendant's Motion for Summary Judgment as to all other claims; accordingly,

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiffs' claims are hereby DISMISSED with prejudice.

New Orleans, Louisiana, this 10th day of November 2010.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE